IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR314 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BARBARA RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Barbara Rodriguez appeared before the court on July 14, 2005, on a Petition for Offender Under Supervision (Filing No. 4). The defendant was represented by retained counsel Anthony Troia and the United States was represented by Assistant U.S. Attorney Jennie Dugan-Hinrichs. The defendant admits allegations 1, 2, 3.

IT IS ORDERED:

1. A final disposition hearing in this matter and sentencing in case 8:04CR425 is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on August 18, 2005.** Defendant must be present in person.

2. Defendant is remanded to the custody of the United States Marshal.

Dated this 14th day of July, 2005.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge